PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID KHAN, | CASE NO.  2:23-CV-02912 KJM-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of his pending asylum application, which he filed in July 2021.  USCIS requests an additional 60 days to review this application and file an answer or other dispositive pleading.

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 22, 2024.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently set for April 25, 2024, be vacated and reset.

Respectfully submitted,

Dated:  February 12, 2024                          PHILLIP A. TALBERT
                                                                    United States Attorney


                                                          By:   /s/ ELLIOT C. WONG
                                                                    ELLIOT C. WONG
                                                                    Assistant United States Attorney


                                                                    /s/ JOSHUA GOLDSTEIN
                                                                    JOSHUA GOLDSTEIN
                                                                    Counsel for Plaintiff


ORDER

The court has reviewed the parties' stipulation and hereby grants the request to extend the deadline for defendants to file an answer or other dispositive pleading to April 22, 2024.  Furthermore, the court VACATES and CONTINUES the Initial Scheduling Conference to May 9, 2024.  It is so ordered.

DATED:  February 20, 2024.


CHIEF UNITED STATES DISTRICT JUDGE